# Court of Appeals
# of the State of Georgia

ATLANTA,  December 17, 2015

*The Court of Appeals hereby passes the following order:*

## A16D0158. TRINA DOBSON et al. v. GEORGIA POWER COMPANY.

Trina Dobson has filed a pro se application for discretionary appeal. Although it is unclear what ruling Dobson is challenging, the only trial court order included with her application is a September 21, 2015, order denying her motion for mistrial and reconsideration. Dobson filed her application on November 23, 2015.

Pretermitting whether Dobson had a right of direct appeal from the trial court's order, we lack jurisdiction because her application is untimely. An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Dobson filed her application 64 days after entry of the order she seeks to appeal. Her application is thus untimely, and it is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  12/17/2015
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*